IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-108 |
| | § | |
| ANTONIO DURAN, *et al.* | § | |

**O R D E R**

Defendant Tito Jimenez filed an unopposed motion for continuance, (Docket Entry No. 70). The co-defendants are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 9, 2010 |
| Responses are to be filed by: | August 23, 2010 |
| Pretrial conference is reset to**:** | **August 30, 2010, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 7, 2010, at 9:00 a.m.** |

SIGNED on May 24, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge